**Peter H. Glade, WSBA #15681**
PeterGlade@MHGM.com
**Matthew A. Levin, WSBA #31011**
MattLevin@MHGM.com
**David B. Markowitz, OSB #742046**
(admitted *pro hac vice*)
DavidMarkowitz@MHGM.com
**J. Matthew Donohue, OSB #065742**
(admitted *pro hac vice*)
MARKOWITZ, HERBOLD, GLADE
 & MEHLHAF, P.C.
Suite 3000 Pacwest Center
1211 SW Fifth Avenue
Portland, OR  97204-3730
Tel:  (503) 295-3085
Fax:  (503) 323-9105

Attorneys for Defendant Progressive
Max Insurance Company

IN THE UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| **ELAINE FOSMIRE**, | CV No.: 3:10-CV-05291-JLR |
| Plaintiff, | **DECLARATION OF J. MATTHEW DONOHUE IN SUPPORT OF DEFENDANT'S MOTION TO EXCLUDE THE EXPERT REPORT OF NAYAK L. POLISSAR, PH.D.** |
| vs. | |
| **PROGRESSIVE MAX INSURANCE COMPANY**; **PROGRESSIVE CASUALTY INSURANCE COMPANY**; **PROGRESSIVE DIRECT INSURANCE CO.**; **PROGRESSIVE CORPORATION**, | |
| Defendants. | |

I, J. Matthew Donohue, declare as follows:

  1. I am the attorney for defendant Progressive Max Insurance Company.  I make this declaration in support of defendants' Motion to Exclude the Expert Report of Nayak L.

**DECLARATION OF J. MATTHEW DONOHUE - 1 -**
**CV No.: 3:10-CV-05291-JLR**

**MARKOWITZ, HERBOLD, GLADE & MEHLHAF, P.C.**
SUITE 3000 PACWEST CENTER
1211 SW FIFTH AVENUE
PORTLAND, OREGON  97204-3730
(503) 295-3085

Polissar, PhD. Unless otherwise indicated, I make this declaration on personal knowledge, except for any items stated on information and belief, which I am informed and believe are true.

2. On October 11, 2010, Progressive produced to plaintiff information on 11,882 UMPD claims paid to its insureds from May 2004 through June 2010 in the seven applicable states. This data was produced in an excel spreadsheet, Bates-numbered PROG_FOSM016512 and includes, among other things: claim year, claim number, claim report date, policy ID number, policy start date, policy end date, policy state, total loss indicator, vehicle manufacturer, vehicle model, vehicle model year, odometer mileage, VIN, feature total payment amount and total deductible amount.

3. Exhibit A is excerpts from the deposition of Nayak L. Polissar, Ph.D. dated November 30, 2010.

4. Exhibit B is excerpts from the deposition of Darrell Michael Harber dated December 1, 2010.

5. Exhibit C is the expert report of George R. Schink, Ph.D. in opposition to class certification.

6. Because the Polissar Report does not explain what preliminary analyses Polissar conducted to support his opinion, defendants' counsel requested production of the preliminary analyses, as well as other materials Polissar relied on. Although plaintiff's counsel produced some material before the November 30, 2010 deposition of Polissar, plaintiff's counsel produced a large volume of materials at the deposition (including a DVD of electronic information), and have continued to supplement materials related to Polissar's work as recently as March 18, 2011.

DECLARATION OF J. MATTHEW DONOHUE - 2 -
CV No.: 3:10-CV-05291-JLR

MARKOWITZ, HERBOLD,
GLADE & MEHLHAF, P.C.
SUITE 3000 PACWEST CENTER
1211 SW FIFTH AVENUE
PORTLAND, OREGON 97204-3730
(503) 295-3085

1  I hereby declare that the above statement is true to the best of my knowledge and
2  belief, and that I understand it is made for use as evidence in court and is subject to penalty
3  for perjury.

4  DATED this 5th day of April, 2011.

*/s/ J. Matthew Donohue*

J. Matthew Donohue, OSB #065742
(admitted *pro hac vice*)

FOSM\238286

**DECLARATION OF J. MATTHEW DONOHUE - 3 -**
**CV No.: 3:10-CV-05291-JLR**

MARKOWITZ, HERBOLD,
GLADE & MEHLHAF, P.C.
SUITE 3000 PACWEST CENTER
1211 SW FIFTH AVENUE
PORTLAND, OREGON 97204-3730
(503) 295-3085

## ATTORNEY CERTIFICATE OF SERVICE

I hereby certify that on April 5, 2011, I have made service of the foregoing **DECLARATION OF J. MATTHEW DONOHUE IN SUPPORT OF DEFENDANT'S MOTION TO EXCLUDE THE EXPERT REPORT OF NAYAK L. POLISSAR, PH.D.** on the party/ies listed below in the manner indicated:

Van Bunch
Bonnett Fairbourn Friedman & Balint, PC
57 Carriage Hill
Signal Mountain, TN  37377

☐ U.S. Mail
☐ Facsimile
☐ Hand Delivery
☐ Overnight Courier
☐ Email   vbunch@bffb.com
☒ Electronically via USDC CM/ECF system

David A. Futscher
Parry Deering Futscher & Sparks, PSC
PO Box 2618
Covington, KY  41012-2618

☐ U.S. Mail
☐ Facsimile
☐ Hand Delivery
☐ Overnight Courier
☐ Email   dfutscher@pdfslaw.com
☒ Electronically via USDC CM/ECF system

Stephen M. Hansen
Stephen M. Hansen, P.S.
1703A Dock Street
Tacoma, WA  98402-4441

☐ U.S. Mail
☐ Facsimile
☐ Hand Delivery
☐ Overnight Courier
☐ Email   steve@stephenmhansenlaw.com
☒ Electronically via USDC CM/ECF system

Charles Clinton Hunter
Debra Brewer Hayes
Reich & Binstock LLP
4265 San Felipe, Suite 1000
Houston, TX  77027

☐ U.S. Mail
☐ Facsimile
☐ Hand Delivery
☐ Overnight Courier
☐ Email   chunter@rbfirm.net
              dhayes@dhayeslaw.com
☒ Electronically via USDC CM/ECF system

Elaine A. Ryan
Patricia N. Syverson
Bonnett Fairbourn Friedman & Balint, PC
2901 N. Central Avenue, Suite 1000
Phoenix, AZ  85012

☐ U.S. Mail
☐ Facsimile
☐ Hand Delivery
☐ Overnight Courier
☐ Email   eryan@bffb.com
              psyverson@bffb.com
☒ Electronically via USDC CM/ECF system

DATED this 5th day of April, 2011.

/s/ J. Matthew Donohue
_____
J. Matthew Donohue, OSB #065742
(admitted *pro hac vice*)
Attorney for Defendant Progressive Max
Insurance Company

**CERTIFICATE OF SERVICE**